## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN DIVISION

| | |
|---|---|
| AMY FAZENBAKER and DAVID FAZENBAKER, a minor, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNITY HEALTH CARE, INC. D/B/A COMPLETECARE HEALTH NETWORK,<br><br>Defendant. | Case No. 1:24-cv-11170 |

## NOTICE OF FIRM NAME CHANGE

**TO ALL PARTIES HEREIN, THEIR ATTORNEYS OF RECORD, AND THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that Jonathan Shub, Esq., Benjamin F. Johns, Esq. and Samantha E. Holbrook, Esq. now work under a different firm name. The address and phone numbers remain the same. The new firm name is SHUB, JOHNS & HOLBROOK LLP.

Shub, Johns & Holbrook LLP, with co-counsel of record, will continue to represent Plaintiffs in this action. Please direct all correspondence to the new firm name.

Dated: January 15, 2025

Respectfully submitted,

*/s/ Benjamin F. Johns*
Benjamin F. Johns (NJ ID No. 038182005)
Jonathan Shub (NJ Bar No. 317842020)
Samantha E. Holbrook (NJ ID No. 034162011)
SHUB, JOHNS & HOLBROOK LLP
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Phone: (610) 477-8380
jshub@shublawyers.com
bjohns@shublawyers.com
sholbrook@shublawyers.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of January 2025, I served the foregoing document upon all parties of record in this proceeding via the Court's ECF system.

/s/ Benjamin F. Johns
Benjamin F. Johns