Gary S. Graifman
**KANTROWITZ GOLDHAMER & GRAIFMAN, P.C.**
135 Chestnut Ridge Road, Suite 200
Montvale, New Jersey 07645
(201) 391-7000
*Co-counsel for Plaintiffs*
*[Additional Counsel Listed on Signature Page]*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AMY FAZENBAKER<br>Legal guardian of D.F., a minor, et al.,,<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNITY HEALTH CARE, INC.,<br>d/b/a COMPLETECARE HEALTH<br>NETWORK,<br><br>Defendants. | Hon. Edward S. Kiel, U.S.D.J<br><br>Hon. Sharon A. King, U.S.M.J.<br><br>Civil Action No.  1:24-cv-11170 |

**PLAINTIFFS' NOTICE OF MOTION TO REMAND**

**PLEASE TAKE NOTICE** that Plaintiffs Amy Fazenbaker, et al, will move this Court, before Honorable Chief Judge Edward S. Kiel at the United States Courthouse, located at Martin Luther King Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey on February 18, 2025, at 9:30 a.m. for an order granting Plaintiffs' Motion to Remand the within action to the Superior Court of New Jersey, Cumberland County, Law Division.

This Motion is based on the contemporaneously e-filed Brief in Support of Plaintiffs' Motion to Remand, and such other written or oral argument as may be permitted by the Court.

Dated:  January 15, 2025                Respectfully submitted,

                                               **KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**

By: */s/ Gary S. Graifman*
Gary S. Graifman
135 Chestnut Ridge Road, Suite 200
Montvale, New Jersey 07645
Tel: (201) 391-7000
 Email: ggraifman@kgglaw.com

Gary E. Mason*
**MASON LLP**
5335 Wisconsin Avenue, NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290
Email: gmason@masonllp.com

Israel David*
**ISRAEL DAVID LLC**
17 State Street, Suite 4010
New York, New York 10004
Email: israel.david@davidllc.com
Tel: (212) 739-0622
Fax: (212) 739-0628

Gary M. Klinger*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: 866.252.0878
Email: gklinger@milberg.com

*Interim Co-Lead Class Counsel*

Daniel Srourian*
**SROURIAN LAW FIRM, P.C.**
3435 Wilshire Blvd. Suite 1710
Los Angeles, California 90010
Tel: (213) 474-3800
Fax: (213) 471-4160
Email: daniel@slfla.com

Amber L. Schubert*
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union St., Suite 200
San Francisco, California 94123
Tel: (415) 788-4220
Fax: (415) 788-0161
Email: aschubert@sjk.law

Jennifer S. Czeisler*
**STERLINGTON PLLC**
One World Trade Center, 85th Floor
New York, New York 10007
Tel: (212) 433-2993
Email: jen.czeisler@sterlingtonlaw.com

Ken Grunfeld
**KOPELOWITZ OSTROW P.A.**
75 Overhill Road
Bala Cynwyd, PA
Tel.: (215)-888-3214
Email: grunfeld@kolawyers.com

*Executive Committee Members*